ORIGINAL COPY

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

Brandon Brooks )
_____ )  Case Number: 15-cv-1060-JPG
_____ )  (Clerk's Office will provide)
_____ )
*Plaintiff/Petitioner(s)* )  ☒ CIVIL RIGHTS COMPLAINT
v. )  pursuant to 42 U.S.C. §1983 (State Prisoner)
1. I.D.O.C. Director )  ☐ CIVIL RIGHTS COMPLAINT
2. Warden Duncan )  pursuant to 28 U.S.C. §1331 (Federal Prisoner)
3. John Doe #1 AKA# ED )  ☐ CIVIL COMPLAINT
4. John Doe #2 )  pursuant to the Federal Tort Claims Act,
5. *Defendant/Respondent(s)* )  28 U.S.C. §§1346, 2671-2680, or other law
ORANGE CRUSH Tactical Team of I.D.O.C
6. Jos

## I. JURISDICTION

**Plaintiff:**

A. Plaintiff's mailing address, register number, and present place of confinement.

Brandon Brooks B86580
10930 Lawrence rd.
Sumner, ill 62466

**Defendant #1:**

B. Defendant I.D.O.C. Director is employed as
    (a) (Name of First Defendant)

Director of I.D.O.C
    (b) (Position/Title)

with I.D.O.C 1301 Concordia Court
    (c) (Employer's Name and Address)

Springfield, IL 62794

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☒ Yes  ☐ No

If your answer is YES, briefly explain:

He works for the State of Illinois

**Defendant #2:**

C.   Defendant __Warden Duncan__ is employed as
     (Name of Second Defendant)

__#1 Warden of Lawerence Corr Center__
     (Position/Title)

with __I.D.O.C  1301 Concordia Court__
     (Employer's Name and Address)
__Springfield, IL 62794__

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?   ☒ Yes   ☐ No

If you answer is YES, briefly explain:
He works for the state of Illinois and was in charge of Inmate Security at Lawrence C.C. at the time Orange crush came in.

**Additional Defendant(s) (if any):**

D.   Using the outline set forth above, identify any additional Defendant(s).

Defendant #3 John Doe is employed as I.D.O.C C/O with I.D.O.C 1301 Concordia ct Springfield IL 62794

Works for State of Illinios + was a C/O on orange crush tact. team at time.

Cont. over back →

Defendant #4 John Doe #2 Employed as I.D.O.C c/o with I.D.O.C 1301 Concordia ct Springfield, IL 62794

Worked as c/o with Orange Crush tact team

#5 Defendant - Orange Crush tactical team. Employed as I.D.O.C c/o with I.D.O.C 1301 Concordia ct Springfield, IL 62794

Works for state of Illinois & was present said day

## II. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in state or federal court relating to your imprisonment? ☒ Yes ☐ No

B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. <u>Failure to comply with this provision may result in summary denial of your complaint.</u>

1. Parties to previous lawsuits:
   Plaintiff(s): Brandon Brooks

   Defendant(s): Michael P. Atchinson

2. Court (if federal court, name of the district; if state court, name of the county): Southern District

3. Docket number:

4. Name of Judge to whom case was assigned: Honorable Gilbert

5. Type of case (for example: Was it a habeas corpus or civil rights action?): 1983 Civil Complaint

6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):
   Still pending

7. Approximate date of filing lawsuit: Feb 2013

8. Approximate date of disposition: UNKNOWN

(Rev. 7/2010)          3

III.   **GRIEVANCE PROCEDURE**

    A.   Is there a prisoner grievance procedure in the institution? ☒ Yes   ☐ No

    B.   Did you present the facts relating to your complaint in the prisoner grievance procedure?   ☒ Yes   ☐ No

    C.   If your answer is YES,
       1.   What steps did you take?
I filed a detailed grievance about what happen to me and others. I complained to the nurses ect...

       2.   What was the result? They claimed they didn't have grievance so I sent my copy. They claimed they lost the copy so I filed another. Then they said my 60 days were up.

    D.   If your answer is NO, explain why not.

    E.   If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?   ☒ Yes   ☐ No

    F.   If your answer is YES,
       1.   What steps did you take?

       2.   What was the result?

    G.   If your answer is NO, explain why not.

    H.   Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

(Rev. 7/2010)                              4

IV. **STATEMENT OF CLAIM**

    A.    State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments of citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

On or around July 7th - 9th, 2014 we were on lockdown at Lawrence Correctional Center. I assume due to inmate's fighting on the other side. The I.D.O.C Tactical Team called "Orange Crush" stormed in our housing unit R2-A- banging on the walls, tables, & door's with wooden long bat-like sticks. They were yelling & saying "get asshole naked fuckers!" They were in force in full prison riot gear. Shields & all. Two officers were at my door. They opened the door & told me & my cellmate to strip. I could see clear across the hall and see the other inmates looking at me as the Orange Crush made us all get naked, bend over, spread our buttocks, & lift our upper & lower our bottom lips. It was very humiliating, embarrassing & unsanitary to say the least being I asked to wash my hand's & was told to, "shut the fuck up & put my clothes on" which is a violation of my 8th Amendment of Cruel & Unusual Punishment & Intentional Infliction of Emotional Distress. I already take medication to cope w/ normal prison life. And it also looked to me & sounded like one of the CIO's was female I'm sure of it. So that's something sexual because of the Prison Rape Elimination Act §15607. And this happened to everybody here. We were then told to not put on underwear. Just our clothes & shower shoes. We were placed in handcuffs tightly bound & told to step out of our cells. Put our heads down. They were getting in our face's spitting & yelling "put your fucking head down, & shut the fuck up!!" "All prisoners were treated this way regardless of medical disabilities. As we were escorted violently out of the Housing Unit you heard scream's & seen Inmate's on the floor getting beat & yelled at by Orange Crush. You couldn't see much because they made us keep our heads down so that we couldn't see their face's or name tags if they had any. We were escorted to the kitchen where we were made to sit w/ our hands cuffed behind our backs w/ our heads down on the table for aprox 2½-3 hours. Maybe more. I had to use the bathroom & was told no by several Orange Crush members. On the way back from the kitchen I was handcuffed w/ my hands behind my back walking then suddenly someone grabbed the back of my head and slammed it violently forward. My natural reaction was to tense up. I then hear the officer say, "I don't give a fuck!" & slammed my head into they guy's sholder in front of me. My eye socket went right into the back of his sholder. And said put yo damn head on his back!" (He sounded Colored) I shook my head & laughed to keep from crying & the (white) orange crush member said, "Ed, he's laughin at you."

(Rev. 7/2010)        5

( over → )

"He thinks your funny." Then the officer said, "Oh you think I'm funny bitch." as he got right at my side & pinched me real hard on my side. The other c/o of Orange Crush came close to my other side so that they had me canned & he poked me violently in my other side w/ his wooden batton saying," do something bitch, do something. I dare you" in my ear. He was wispering. Then he pushed me. I laughed. He pushed me harder but this time I fell over the inmate infront of me. When I went to the ground, the officer yelled," He's faking He's faking!!" Like saying "Come On!!" The only thing that broke my fall was the Inmate infront of me. I still hit my head. And I pissed my pants because I had to pee bad. We all got escorted back to our rooms & I asked to see a nurse because my eye was black, but of course like everyone else I was denied medical care. I yelled out the door and asked who was in front of me that I was slammed into & triped over and an Inmate by the name of Moore said me," Silk" So I had him fill out ah paper. Later that night a nurse came. I asked her could she look @ my eye she said, "NO, fill out a request slip. I asked her what about my head I hit when orange crush pushed me over. She said, "Fill out a request slip." I filled one out & I was never called. My eye had even formed a blood clot. I filled a grievance stating everything I just said. Counselor Horton responded by saying," Institutional Shakedowns are run by Adminastrative Rules." Nothing else. So I copied it & sent the original to the grievance office. The grievance office took 4 ever to respond so I wrote them a request slip asking about my grievance. I asked to be transfered to Shawnnee of another Medium Prison in So. ILL. The grievance Officer said," they don't have a grievance from me. So I sent him a copy of the one signed by the counselor. wrote him ( ) a month later & he said he dosen't have that one. I wrote another one & He said it was out of time. I sent it to the A.R.B and they said the same thing. They Have violated my 8th Amendment Rights of Crul & Unusual Punshment. I wrote the warden & He didn't intervene. And Orange Crush conspired to deprive prisoners of their rights

## V. REQUEST FOR RELIEF

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

To Transfer me from Lawrence C.C. to Shawnee C.C. for protection & Award me $20,000 U.S. dollars in nominal damages, $40,000 in compensatory damages & $220,000 in Punative damages per defendant

## VI. JURY DEMAND (check one box below)

The plaintiff ☒ does ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 5-21-15
(date)

10930 Lawrence cc.
Street Address

Sumner, IL 62466
City, State, Zip

Brandon Brooks
Signature of Plaintiff

Brandon Brooks
Printed Name

B86580
Prisoner Register Number

_____
Signature of Attorney (if any)